**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Hakim ROBINSON, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 8, 2003.

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th. day of December, 2003, the Petition for Allowance of Appeal is **GRANTED LIMITED** to the question "Whether Petitioner was denied his Confrontation Clause rights as guaranteed under the United States and Pennsylvania Constitutions by the redaction and reading of codefendants' statements which referenced him as 'the first guy' or '[blank]' and referred to the statements as 'redacted' ".

**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**Anthony GORE, Respondent.**

Supreme Court of Pennsylvania.

Dec. 31, 2003.

this case to the Governor of Pennsylvania in accordance with Section 9711(i) of the Judi-

### *ORDER*

PER CURIAM:

**AND NOW,** this 31st day of December, 2003, the Petition for Allowance of Appeal is hereby granted, and the order of the Superior Court is reversed. *See Commonwealth v. Robinson,* 2003 WL 22410210 (Pa.2003).

**Douglas E. BASHAM, Appellant**

v.

**PENNSYLVANIA BOARD OF**
**PROBATION PAROLE,**
**Appellee.**

Supreme Court of Pennsylvania.

Jan. 28, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of January, 2004, the appeal is quashed as the matter is moot.